IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES DWIGHT LEWIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:24-CV-290 |
| ) | |
| **WARDEN MCKEAN A. NEWMAN,** ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on October 18, 2024. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his petition, Petitioner James Dwight Lewis claimed that staff at FCI-McKean were providing inadequate medical care and he sought a transfer to a Residential Reentry Management Center. Since the filing of the petition, Mr. Lewis was placed into RRMC as requested. See ECF No. 12-1. On April 11, 2025, Judge Lanzillo issued a Report and Recommendation concluding that the petition should be dismissed as moot. ECF No. 13.

Neither party filed any Objection to the Report and Recommendation. Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the filings in this case, together with the report

and recommendation, the following order is entered:

AND NOW, this 30th day of April 2025;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus be dismissed as moot.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 11, 2025 [ECF No. 13] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge